IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
RON POLI,                          )
                                   )    2:05-cv-2015-GEB-KJM
              Plaintiff,           )
                                   )
         v.                        )    ORDER
                                   )
MOUNTAIN VALLEYS HEALTH            )
CENTERS, INC., RITE AID            )
CORPORATION,                       )
                                   )
              Defendants.          )
                                   )
```

On November 16, 2005, Plaintiff filed a First Amended Complaint. The First Amended Complaint is now the operative pleading because "[an] amended complaint supercedes the original, the latter being treated thereafter as non-existent." Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967); Hal Roach Studios, Inc. v. Richard Feiner & Co., 826 F.2d 1542, 1546 (9th Cir. 1989). Defendant Rite Aid Corporation's pending Motion to Dismiss filed November 16, 2005, is deemed withdrawn because it seeks relief regarding Plaintiff's original Complaint.

IT IS SO ORDERED.

DATED: November 18, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge