JONATHAN ALLAN KLEIN (SBN 162071)
THOMAS K. HOCKEL (SBN 172367)
ANNMARIE M. LIERMANN (SBN 215116)
KELLY, HERLIHY & KLEIN LLP
44 MONTGOMERY STREET, SUITE 2500
SAN FRANCISCO, CALIFORNIA 94104
Telephone:    415/951-0535
Facsimile:    415/391-7808
jaklein@kelher.com
thockel@kelher.com
aliermann@kelher.com

Attorneys for Defendant
THRIFTY PAYLESS, INC.
DBA RITE AID (erroneously sued as
"Rite Aid Corporation")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON POLI,<br><br>            Plaintiff,<br><br>v.<br><br>MOUNTAIN VALLEYS HEALTH CENTERS, INC., RITE AID CORPORATION,<br><br>            Defendants. | CASE NO. 05-CV-02015-GEB (KJM)<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT THRIFTY PAYLESS, INC. DBA RITE AID |

///

///

STIPULATION FOR DISMISSAL                            CASE NO.  05-CV-02015-GEB (KJM)
OF DEFENDANT RITE AID

1  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and a settlement
2  reached by the parties, Plaintiff Ron Poli and Defendant Thrifty Payless, Inc. dba Rite Aid
3  (erroneously sued as "Rite Aid Corporation"), through their counsel, hereby stipulate to and
4  request a dismissal with prejudice of the entire action against Rite Aid only, including any and all
5  claims and causes of action alleged against Rite Aid, with each party to bear its own attorneys'
6  fees and costs.

8  Dated: March 20, 2006     LAW OFFICES OF BEYER PONGRATZ &
                             ROSEN

11                           /s/ Robert C. Bowman, Jr. (authorized on 3/20/06)
                             ROBERT C. BOWMAN, JR., ESQ.
                             Counsel for Plaintiff RON POLI

14 Dated: March 27, 2006     KELLY, HERLIHY & KLEIN, LLP

16                           /s/ Annmarie M. Liermann
                             JONATHAN ALLAN KLEIN
17                           ANNMARIE M. LIERMANN
                             Counsel for Defendant THRIFTY PAYLESS, INC.
18                           DBA RITE AID (erroneously sued as "Rite Aid
                             Corporation")

20        IT IS SO ORDERED.

21 Dated:  April 25, 2006

23                           /s/ Garland E. Burrell, Jr.
                             GARLAND E. BURRELL, JR.
24                           United States District Judge

STIPULATION FOR DISMISSAL                       CASE NO. 05-CV-02015-GEB (KJM)
OF DEFENDANT RITE AID            2